E-FILED
Tuesday, 28 August, 2018 04:34:48 PM
Clerk, U.S. District Court, ILCD
FILED

AUG 2 8 2018

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff
JACQUELINE J MEDLEY

case; *18-1313*

Vs

SHELL/FREEDOM

PLAINTIFF'S COMPLAINT AT
LAW 1. JURISDICTION AND VENUE

1.1 This is an action arising; under the laws of the United States of America, in particular Title VII of the Civil Rights Act of 1 J64, as amended 42 U.S.C. § 2000e-16, and the Civil Rights Act of 1991, 42 U.S,C. § 1981

1.2 The jurisdiction of this court is invoked pursuant to the provisions of Title VII, 42 U.S.C. §~200Qe-S and 2400e-16{c}, end .the general civil rights jurisdictional provisions of title 28 U.S.C. § 13~t3(a) (4).

1.3 Venue is proper in the United States District Court for the Central District court, Division, as all actions relative to this matter arose in Bloomington Illinois.

### 2. NATURE OF THE ACTION AND REEF SOUGHT
2.1 This is a case in employment by alleging a continuing series of discrimination conduct by the " manager Kyle Killion against the plaintiff because of her race.

2.2 Plaintiff seeks a declaration that the acts of the defendant agency intentionally and unlawfully discriminated against her because of her race in retaliation for opposing such discrimination, appropriate injunctive relief, last pay, compensatory and punitive damages.

### 3. PARTIES 3.2

The plaintiff,Jacqueline J Medley is an adult female citizen of The United States and the State of Illinois, who is a resident Mclean County, Illinois, and at all times material to this action was an employee of Shell/Freedom gas station.1801 S Veterans Pkwy, Bloomington, IL 61701

The defendant, is a municipal corporation that among other things operates gas stations throughout the McLean County region.

### 4.FACTS

4.1 4 Mr Killion kept questioning me ws I getting free food from Burger King. I told him no but he would ask every day. Then he went to the Burger King Manager and told her they couldn't bring me my food anymore. I was the only on her said could be brought their food.

4.2 I was attacked by a Burger King employee. I told her manager and called the police. I was fired by Mr Killion. He said the young lady pushed me and I pushed back. This was a untrue statement. Please not there is a video of this. I never touched her. That morning when I got to work it was a note to all employee on the counter I did take a picture of it that state no one can call Hydi for any reason. So Mr Killion can harrassment and I can't complaint?

4.3 The Plaintiff's pain is brought on by job related stress. I was hire to be a manager and was told by Hydi I will get my own store soon. Mr Killion told me they was holding the position for a guy that was friends with hydi. Hydi told me that wasn't true but is was true he had showed me Daniel facebook page. Mr Killion didn't want me to have my own store.

4.4 Defendant has maintained, acquiesced in the maintaining of, or failed to take appropriate required action to eliminate a general and consistent pattern and practice
Of discrimination managers and supervisors against the plaintiff.

4.5 Such pattern and practice has been consistently manifested far a number of years preceding the filing of plaintiffs charge of discrimination by the following acts and others:

5.1 the plaintiff being subjected to unwarranted criticism of her work

4.5.3 The plaintiff being subjected to threats. and harassment at work by her supervisors.

4.5.4 abuse of authority by her supervisors to subjected the plaintiff to humiliation, embarrassment and invasion of their privacy.

4.5.5 The Plaintiff's supervisors. subjecting the plaintiff to harsher discipline than accorded to other, employees for the same or comparable alleged misconduct.

4.6 Consistent with and pursuant to that general policy and practice, plaintiff' was discriminated against because of her race and a female in the following respects: He took my hours from me to give them to a white male because he has child support payments. This male employee hadn't taken his basset test and shouldn't have been selling alcohol according to the state of Illinois.

4.6.1 November, 2017, the Plaintiff's supervisors, Kyley Killion a course of humiliating conduct toward the plaintiff, such as talking loudly and rudely to the Plaintiff customers and co-workers,

4.6.2 the Plaintiff was fired from her job far no reasons whatsoever. I asked for a reason and I was told for fighting. I was asked to sign paperwork that should have been signed when I was hired.

4.7 the plaintiff filed her first charge with the Employment Opportunity Commission (EEOC), alleging that freedom/Shell fired her from her employment because of her fighting. A copy complaint Charge of Discrimination is attached hereto as Exhibit A.,

4.8 On or about May 31 2018 , the EEOC issued to the Plaintiff a "Dismissal and Notice of Rights, a copy of which is attached hereto as

## 5. TERMINATION

5.1 On or about November 7 2017, the plaintiff was discharged from her position at Freedom/Shell

b. FIRST CLAIM FOR RELIEF EMPLOYMENT DISCRIMINATION VIOLATION OF THE AMERICANS WITH DISABILITIES ACT

6.1 Defendants have discriminated against plaintiff in the terms and conditions of the Plaintiffs employment because of the race and sex, because plaintiff opposed unlawful discrimination by defendant, and because plaintiff participated in the administrative process of enforcing the prohibitions against employment discrimination, all in violation

### PRAYER FoR RELIEF

Accordingly, plaintiff prays that defendants be cited to appear and answer in this action, and that upon the evidence, finding of the jury and applicable law, the court enter judgment:
1. Awarding plaintiff back pay and compensatory damages against the agency in excess of $350,000.00 2. Determining and awarding a reasonable attorney's fee and the costs and expenses of this action to plaintiff and her counsel against the defendant 3. All other relief to which plaintiff shows herself entitled at law or in equity.

**WHEREFORE,** the Plaintiff moves for an Order the respondent to produce complete and executed Answers to Interrogatories and the required documents within the next 15 days.

Respectfully submitted,

DATE: 8-28-2018

PRESENTED BY:

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Jacqueline J. Medley<br>2102 Rainbow #12<br>Bloomington, IL 61704 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|

☐ *On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-05485 | **Grace Swierczek,**<br>**Investigator** | **(312) 869-8144** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Julianne Bowman,
District Director

5/31/18
*(Date Mailed)*

cc: **SHELL OIL COMPANY**

**c/o Roxanne Decyk
Sr. Vice President and Human Resources
Corporate Affairs
910 Louisiana, 45th Floor
Houston, TX 77002**

EXHIBIT
A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 440-2018-05485 |

**Illinois Department Of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Ms. Jacqueline J Medley | (309) 585-5261 | 1965 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2102 Rainbow #12, BLOOMINGTON, IL 61704 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| SHELL OIL CO | 501+ | (309) 662-5285 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1801 S. Veteran Parkway Ste 2, Bloomington, IL 61701 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 10-15-2017    Latest: 11-07-2017

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent on or about September 28, 2017. My position was Cashier. During my employment, Respondent cut my hours and on or about November 7, 2017, I was discharged. I believe I was discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I was discriminated against because of my age 52 (YOB: 1965), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| **Digitally signed by Jacqueline Medley on 05-24-2018 12:44 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |